**Order entered June 19, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-00261-CR
No. 05-13-00262-CR
No. 05-13-00263-CR
No. 05-13-00264-CR

**MARQUIS OBRIAN WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-56960-U, F12-57100-U, F12-71366-U, F12-71367-U**

## ORDER

The Court **REINSTATES** the appeals.

On May 13, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On June 17, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the May 13, 2013 order.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
         JUSTICE